**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **CASE NO. 4:06cr9-SPM**

**BRANDON FITZGERALD STEPHERSON,**

**Defendant.**
______________________________________/

**ACCEPTANCE OF GUILTY PLEA**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, **BRANDON FITZGERALD STEPHERSON**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 20th day of March, 2006.

s/ Stephan P. Mickle
Stephan P. Mickle
United States District Judge